(128 So. 923)
## Sam PETTY v. STATE.
### 8 Div. 962.

Court of Appeals of Alabama.
May 27, 1930.

RICE, J.
Appeal dismissed.

(119 So. 924)
## Ocie PEYTON v. STATE. (7 Div. 537.)

Court of Appeals of Alabama. Jan. 22, 1929.

SAMFORD, J. Appeal dismissed.

(125 So. 925)
## PHILIP OLIM & CO. v. GODCHAUX SUGARS, Inc. (8 Div. 873.)

Court of Appeals of Alabama. Jan. 23, 1930.

PER CURIAM. Appeal dismissed for want of prosecution.

(121 So. 924)
## Felix PHILIPS v. STATE. (4 Div. 490.)

Court of Appeals of Alabama. April 16, 1929.

SAMFORD, J. Affirmed.

(121 So. 924)
## Ike PHILIPS v. STATE. (4 Div. 488.)

Court of Appeals of Alabama. April 16, 1929.

RICE, J. Affirmed.

(124 So. 925)
## S. C. PHILLIPS v. STATE. (4 Div. 483.)

Court of Appeals of Alabama. Nov. 12, 1929.

RICE, J. Appeal dismissed.

(127 So. 925)
## Bryant PIERSON v. STATE.
### 4 Div. 581.

Court of Appeals of Alabama.
April 8, 1930.

BRICKEN, P. J.
Appeal dismissed on motion of appellant.

(122 So. 925)
## Ira PINSON v. STATE. (6 Div. 599.)

Court of Appeals of Alabama. May 31, 1929.

PER CURIAM. Appeal dismissed by appellant.

(127 So. 925)
## William R. PITTMAN v. STATE.
### 4 Div. 494.

Court of Appeals of Alabama.
April 8, 1930.

BRICKEN, P. J.
Appeal dismissed.

(121 So. 925)
## Andrew PORTER v. STATE. (5 Div. 734.)

Court of Appeals of Alabama. April 16, 1929.

RICE, J. Affirmed.